Craig K. Perry
Nevada Bar # 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
(702) 943-7520 Fax
info@1stoplawfirm.com

Attorney for Plaintiff

## UNITED STATES OF AMERICA

## DISTRICT OF NEVADA

| | |
|---|---|
| RALPH ORTEGA, | CASE NO.: 2:18-cv-01552-JAD-CWH |
| Plaintiff, | |
| vs. | **Stipulation for Enlargement of Time to Answer Plaintiff's Complaint** |
| CREDIT ONE BANK, N.A., TRANS UNION LLC | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and through Craig K. Perry of the

law firm of CRAIG K. PERRY & ASSOCIATES, counsel for Plaintiff, and Tim J. Bellamy, Vice

President for Credit One Bank, N.A., (Credit One) that the current date for Defendant to file an

answer is due on Friday, October 12, 2018. Subject to court approval, both parties agree to the

///

///

///

///

///

///

///

-1-

granting of an enlargement of time for Defendant to file its answer through November 9, 2018.

**IT IS SO STIPULATED.**

| CRAIG K. PERRY & ASSOCIATES | CREDIT ONE BANK, N.A. |
|---|---|
| /s/ Craig K. Perry | /s/ Tim J. Bellamy |
| CRAIG K. PERRY, ESQ.<br>Nevada Bar No. 3786<br>8010 West Sahara Ave., Suite 260<br>Las Vegas, Nevada 89117<br>info@1stoplawfirm.com<br>Attorney for Plaintiff | TIM J. BELLAMY<br>Vice President<br>6801 S. Cimarron Road<br>Las Vegas, Nevada 89113<br>Tim.Bellamy@creditone.com |

IT IS SO ORDERED.            DATED: October 11, 2018
                             _____

                             _____
                             U.S. District Magistrate Judge