Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

*Attorneys for Credit One Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RALPH D. ORTEGA, | Case No.: 2:18-cv-01552-JAD-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| CREDIT ONE BANK, N.A.; and TRANS UNION, LLC, | **(Second Request)** |
| Defendants. | |

**STIPULATION**

Plaintiff Ralph D. Ortega and Defendant Credit One Bank, N.A. ("Credit One") hereby stipulate and agree to extend the time for Credit One to answer or otherwise plead in response to the Complaint on file in this action, up to and including December 10, 2018.

This is the second and final request for an extension. This request is made after the retention of the undersigned counsel by Credit One. During the next 30 days, the parties anticipate discussing possible resolution and/or alternative dispute resolution of this matter.

/ / /

/ / /

/ / /

/ / /

17762993        1

Accordingly, this stipulation is made in good faith and not for the purposes of delay.

DATED this 9th day of November, 2018.　　　　DATED this 9th day of November, 2018.

CRAIG K. PERRY & ASSOCIATES　　　　BROWNSTEIN FARBER HYATT SCHRECK, LLP

/s/ Craig K. Perry　　　　　　　　　　　　　　/s/ Patrick J. Reilly
Craig K. Perry　　　　　　　　　　　　　　　　Patrick J. Reilly
Nevada Bar No. 3786　　　　　　　　　　　　Nevada Bar No. 6103
8010 West Sahara Avenue, Suite 260　　　　100 N. City Parkway, Suite 1600
Las Vegas, NV 89117　　　　　　　　　　　　Las Vegas, NV 89106

*Attorneys for Plaintiff*　　　　　　　　　　　*Attorneys for Credit One Bank, N.A.*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 13, 2018

17762993

2

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** was served via electronic service on the 9th day of November, 2018, to the addresses shown below:

Craig K. Perry, Esq.
CRAIG. K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, NV 89117
info@1stoplawfirm.com

*Attorneys for Ralph D. Ortega*

/s/Susan Roman
An employee of Brownstein Hyatt Farber Schreck, LLP