Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

*Attorneys for Credit One Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RALPH D. ORTEGA, | Case No.: 2:18-cv-01552-JAD-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| CREDIT ONE BANK, N.A.; and TRANS UNION, LLC, | **(Third Request)** |
| Defendants. | |

**STIPULATION**

Plaintiff Ralph D. Ortega and Defendant Credit One Bank, N.A. ("Credit One") hereby stipulate and agree to extend the time for Credit One to answer or otherwise plead in response to the Complaint on file in this action, up to and including January 4, 2019.

This is the third request for an extension. The parties did not anticipate requesting a third extension; however, they are currently discussing possible resolution and/or alternative dispute resolution of this matter, and these discussions are therefore continuing.

/ / /

/ / /

/ / /

/ / /

18142695                                         1

Accordingly, this stipulation is made in good faith and not for the purposes of delay.

DATED this 10th day of December, 2018.  DATED this 10th day of December, 2018.

CRAIG K. PERRY & ASSOCIATES  BROWNSTEIN FARBER HYATT SCHRECK, LLP

/s/ Craig K. Perry  /s/ Patrick J. Reilly
Craig K. Perry  Patrick J. Reilly
Nevada Bar No. 3786  Nevada Bar No. 6103
8010 West Sahara Avenue, Suite 260  100 N. City Parkway, Suite 1600
Las Vegas, NV 89117  Las Vegas, NV 89106

*Attorneys for Plaintiff*  *Attorneys for Credit One Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: December 11, 2018

18142695

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** was served via electronic service on the 10th day of December, 2018, to the addresses shown below:

Craig K. Perry, Esq.
CRAIG. K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, NV 89117
info@1stoplawfirm.com

*Attorneys for Ralph D. Ortega*

/s/Susan Roman
An employee of Brownstein Hyatt Farber Schreck, LLP