Craig K. Perry, Esq.
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
3450 West Cheyenne Avenue, Suite 400
Las Vegas, Nevada 89032
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
Email: info@1stoplawfirm.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RALPH ORTEGA,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A,; and TRANSUNION, LLC,<br><br>Defendants. | Case No. 2:18-CV-01552-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(Fourth Request)** |

## **STIPULATION**

Plaintiff Ralph D. Ortega and Defendant Credit One Bank, N.A. ("Credit One") hereby stipulate and agree to extend the time for Credit One to answer or otherwise please in response to the Complaint on file in this action, up to and including January 8, 2019.

This is the fourth request for an extension. The parties did not anticipate requesting a fourth extension; however, they are currently discussing possibly resolutions of this matter, and these discussions are therefore continuing.

//

//

//

-1-

Accordingly, this stipulation is made in good faith and not for the purposes of delay.

DATED this 4th day of January, 2018     DATED this 4th day of January, 2018

**CRAIG K. PERRY & ASSOCIATES**     **BERGSTROM LAW LTD**


/s/ Craig K. Perry_____     /s/ Patrick J. Reilly_____
CRAIG K. PERRY, ESQ.     PATRICK J. REILLY, ESQ.
Nevada Bar No. 3786     Nevada Bar No. 6103
3450 West Cheyenne Avenue, Suite 400     100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89032     Las Vegas, Nevada 89106

Attorney for Plaintiff     Attorney for Credit One Bank, N.A.

## **ORDER**

IT IS ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 7, 2019

# **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of CRAIG K. PERRY & ASSOCIATES, and that the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** was served via electronic service on the 4th day of January, 2019, to the addresses shown below:

PATRICK J. REILLY, ESQ.
Nevada Bar No. 6103
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106

Attorney for Credit One Bank, N.A.

                                              /s/ Brittany DeJohnette
                                              An employee of CRAIG K. PERRY & ASSOCIATES