Craig K. Perry, Esq.
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
3450 West Cheyenne Avenue, Suite 400
Las Vegas, Nevada 89032
Telephone: (702) 228-4777
Facsimile:   (702) 943-7520
Email: info@1stoplawfirm.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RALPH ORTEGA,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A,; and TRANSUNION, LLC,<br><br>Defendants. | Case No. 2:18-CV-01552-JAD-CWH<br><br>**JOINT STIPULATION AND ORDER FOR EXTENTION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO STAY OR DISMISS ACTION AND TO COMPEL ARBITRATION**<br><br>**(First Request)** |

## STIPULATION

Plaintiff Ralph Ortega and Defendant Credit One Bank, N.A.; and Transunion, LLC, by and through their respective counsel of records, hereby stipulate and agree, pursuant to Local Rules 6-1 and 6-2, and subject to this Court's approval, hereby stipulate to an extension of time for Plaintiff to respond to Defendant's Motion to Stay or Dismiss Action and to Compel Arbitration on file in this action, for two weeks, up to and including February 4, 2019. (ECF No. #21.) This is the Plaintiff and Defendant's first request to extend to respond, made on this day, January 18, 2019.

The reason for this request is to permit the parties to resolve the pending action without protracted litigation.

///

-1-

This stipulation is made in good faith and not for the purposes of delay.

DATED this 18th day of January, 2019  DATED this 18th day of January, 2019

CRAIG K. PERRY & ASSOCIATES  BERGSTROM LAW LTD

/s/ Craig K. Perry_____  /s/ Patrick J. Reilly_____
CRAIG K. PERRY, ESQ.  PATRICK J. REILLY, ESQ.
Nevada Bar No. 3786  Nevada Bar No. 6103
3450 West Cheyenne Avenue, Suite 400  100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89032  Las Vegas, Nevada 89106

Attorney for Plaintiff  Attorney for Credit One Bank, N.A.

**ORDER**

    IT IS ORDERED.

_____
UNITED STATES
MAGISTRATE JUDGE

Dated: January 24, 2019
_____

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of CRAIG K. PERRY & ASSOCIATES, and that the foregoing **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO COMPLEL** was served via electronic service on the 18th day of January, 2019, to the addresses shown below:

PATRICK J. REILLY, ESQ.
Nevada Bar No. 6103
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106

Attorney for Credit One Bank, N.A.

                                              /s/ Brittany DeJohnette
                                              An employee of CRAIG K. PERRY & ASSOCIATES