Craig K. Perry, Esq.
Nevada Bar No. 3786
**CRAIG K. PERRY & ASSOCIATES**
3450 West Cheyenne Avenue, Suite 400
Las Vegas, Nevada 89032
Telephone: (702) 228-4777
Facsimile:   (702) 943-7520
Email: cperry@craigperry.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RALPH ORTEGA,<br><br>               Plaintiff,<br><br>   vs.<br><br>CREDIT ONE BANK, N.A,; and<br>TRANSUNION, LLC,<br><br>               Defendants. | Case No.  2:18-CV-01552-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF RALPH ORTEGA TO RESPOND TO DEFENDANT CREDIT ONE BANK, N.A.'S MOTION FOR INVOLUNTARY DISMISSAL**<br><br>**(First Request)** |

## STIPULATION

Plaintiff Ralph D. Ortega and Defendant Credit One Bank, N.A. ("Credit One") hereby stipulate and agree to extend the time for Plaintiff Ralph Ortega to answer or otherwise plea in response to Defendant Credit One Bank, N.A.'s Motion for Involuntary Dismissal on file in this action, up to and including October 27, 2021.

This is the first request for an extension. The Defendants Motion for Involuntary Dismissal (docket #31) was filed on October 7, 2021 with Plaintiff's response due on or before October 21, 2021. The parties did not anticipate requesting an extension; however, they are currently discussing possibly resolutions of this matter, and these discussions are therefore continuing.

///

///

///

-1-

Accordingly, this stipulation is made in good faith and not for the purposes of delay.

DATED this 20th day of October, 2021                    DATED this 20th day of October, 2021

**CRAIG K. PERRY & ASSOCIATES**                         **BERGSTROM LAW LTD**


*/s/ Craig K. Perry*_____                    */s/ Patrick J. Reilly*_____
CRAIG K. PERRY, ESQ.                                    PATRICK J. REILLY, ESQ.
Nevada Bar No. 3786                                     Nevada Bar No. 6103
3450 West Cheyenne Avenue, Suite 400                    100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89032                                 Las Vegas, Nevada 89106
*Attorney for Plaintiff*                                *Attorney for Credit One Bank, N.A.*


**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated October 22, 2021