Patrick J. Reilly
Nevada Bar No. 6103
Monique S. Jammer, Esq.
Nevada Bar No. 15420
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
preilly@bhfs.com
mjammer@bhfs.com

*Attorneys for Credit One Bank, N.A*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RALPH ORTEGA,<br><br>                    Plaintiffs,<br><br>v.<br><br>CREDIT ONE BANK, N.A.; and TRANS UNION, LLC,<br><br>                    Defendants. | Case No. 2:18-cv-01552-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE CREDIT ONE BANK, N.A.**<br><br>ECF No. 38 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

23338182.1

**STIPULATION**

Plaintiff Ralph D. Ortega ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One") (collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate to dismiss with prejudice all claims asserted against Credit One Bank, N.A., with each part to bear its or his own respective attorney's fees and costs of suit.

This stipulation shall not affect any claims asserted by Plaintiff against any other party to this action.

DATED this 7th day of December, 2021.          DATED this 7th day of December, 2021.

/s/ *Craig K. Perry*                                              /s/ *Patrick J. Reilly*
Craig K. Perry                                                    Patrick J. Reilly
Nevada Bar No. 3786                                               Brownstein Hyatt Farber Schreck, LLP
Craig K. Perry & Associates                                       100 N. City Parkway, Suite 1600
3450 West Cheyenne Avenue, Suite 400                              Las Vegas, NV  89106
North Las Vegas, NV  89031
                                                                  *Attorneys for Credit One Bank, N.A.*

*Attorneys for Plaintiff*

**ORDER**

Based on the stipulation between Plaintiff and Credit One Bank, N.A. **[ECF No. 38]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Credit One Bank, N.A. are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 7, 2021

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

23338182.1

2