**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5443
Facsimile:  (214) 871-2111
rswernofsky@qslwm.com
*Counsel for Trans Union LLC*

**Designated Attorney for Personal Service**
Kurt Bonds
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RALPH D. ORTEGA,<br><br>                              Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A. AND TRANS UNION LLC,<br><br>                              Defendants. | Case No. 2:18-cv-01552-JAD-DJA<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL** |

COMES NOW, Defendant Trans Union LLC ("Trans Union"), and hereby requests an order permitting Rachael Swernofsky of the law firm Quilling, Selander, Lownds, Winslett & Moser, P.C. to be substituted as counsel in the place of Jason G. Revzin.

1.     Jason G. Revzin has left the law firm of Lewis Brisbois Bisgaard & Smith LLP.

2.     Accordingly, Trans Union agrees to the substitution of Rachael Swernofsky as counsel for Trans Union.

3.     Rachael Swernofsky, of the law firm Quilling, Selander, Lownds, Winslett & Moser, P.C., is licensed in the State of Nevada and has filed her Notice of Appearance as counsel for Defendant Trans Union. (Dkt. 42).

1        4.    Kurt Bonds, of the law firm Alverson Taylor & Sanders, has been designated as

2    attorney for personal service for Defendant Trans Union.

3        WHEREFORE, Plaintiff and Defendant respectfully request this Honorable Court to grant

4    the substitution of attorney Rachael Swernofsky.

5    DATED: October 17, 2022

6    **QUILLING SELANDER LOWNDS**       **RIGHT CALL LAW**
    **WINSLETT & MOSER, P.C.**

7

8    */s/ Rachael Swernofsky*                */s/ Jason G. Revzin*
    **RACHAEL SWERNOFSKY**        **JASON G. REVZIN**

9    rswernofsky@qslwm.com             jason@rightcalllaw.com
    Nevada Bar No. 15465             Nevada Bar No. 8629

10   6900 N. Dallas Parkway, Suite 800     5528 S. Fort Apache Rd.
    Plano, Texas 75024               Las Vegas, NV 89148

11   (214) 560-5443                  702-862-6285
    (214) 871-2111 Fax              *Withdrawing Counsel for Trans Union LLC*

12   *Counsel for Trans Union LLC*

13

14   **TRANS UNION LLC**

15   */s/ Laura Rang*
    **LAURA RANG**

16   555 W. Adams Street
    Chicago, IL 60661

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2

The Joint Stipulation for Substitution of Counsel is so ORDERED AND ADJUDGED.

3

4

Dated this ___18th___ day of ___October___ 2022.

5

6

_____

**UNITED STATES MAGISTRATE JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th of October 2022, I filed **JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Craig K. Perry
craig@craigperry.com
Craig K. Perry & Associates
3450 W. Cheyenne Avenue, Suite 400
North Las Vegas, NV 89032
(702) 228-4777
(702) 943-7520 Fax
*Counsel for Plaintiff*

_____
*/s/ Rachael Swernofsky*
**RACHAEL SWERNOFSKY**