**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RALPH ORTEGA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRANS UNION, LLC,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-01552-JAD-DJA<br><br>**ORDER** |

　　　Presently before the Court is the parties' joint stipulated discovery plan and scheduling order (ECF No. 46), filed on November 30, 2022. The Court notes that the parties' plan fails to comply with Local Rule 26-1 for several reasons. First, discovery plans must include a certification that the parties "met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation." LR 26-1(b)(7). Second, the parties must certify that "that they considered consent to trial by a magistrate judge . . . ." LR 26-1(b)(8). Third, the parties fail to include the certification required by LR 26-1(b)(9). Finally, the plan includes an interim status report deadline and cites to outdated local rules. The Local Rules of Practice for the District of Nevada were amended and adopted on April 17, 2020. Accordingly,

　　　IT IS THEREFORE ORDERED that the parties' Joint Stipulated Discovery Plan and Scheduling Order (ECF No. 46) is **denied without prejudice**.

/ / /

/ / /

IT IS FURTHER ORDERED that the parties shall meet and confer and file a revised stipulated discovery plan and scheduling order by December 28, 2022.

DATED: December 14, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE