**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5443
Facsimile:  (214) 871-2111
rswernofsky@qslwm.com
*Counsel for Trans Union LLC*

\*\*Designated Attorney for Personal Service\*\*
Kurt Bonds
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RALPH D. ORTEGA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A. AND TRANS UNION LLC,<br><br>　　　　　　　　Defendants. | Case No. 2:18-cv-01552-JAD-DJA<br><br>**JOINT STIPULATION FOR WITHDRAWAL OF ATTORNEY RACHAEL SWERNOFSKY** |

  COME NOW Plaintiff Ralph D. Ortega ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") (collectively known as "the Parties"), by and through their respective counsel and, pursuant to Local Rule IA 11-6(b), hereby stipulate to the following:

  1.  Rachael Swernofsky is leaving the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. to pursue another opportunity.

  2.  Accordingly, the parties conferred and agree to the withdrawal of Rachael Swernofsky as attorney for Trans Union.  Additionally, the Joint Stipulation for Withdrawal of Attorney Rachael Swernofsky was served to Trans Union via email on February 7, 2023, and Trans Union is unopposed.

  3.  Kurt Bonds, of the law firm Alverson, Taylor P.C., is licensed in the State of Nevada and has filed his Notice of Appearance as counsel for Defendant Trans Union. (Dkt. 50).

6069209.1

1

WHEREFORE, Plaintiff and Defendant respectfully request this Honorable Court to grant the withdrawal of attorney Rachael Swernofsky.

DATED: February 7, 2023

| | |
|---|---|
| **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** | **CRAIG K. PERRY & ASSOCIATES** |
| /s/ Rachael Swernofsky | /s/ Craig K. Perry |
| **RACHAEL SWERNOFSKY** | **CRAIG K. PERRY** |
| rswernofsky@qslwm.com | craig@craigperry.com |
| Nevada Bar No. 15465 | Nevada Bar No. 3786 |
| 6900 N. Dallas Parkway, Suite 800 | 3450 W. Cheyenne Avenue, Suite 400 |
| Plano, Texas 75024 | North Las Vegas, NV 89032 |
| (214) 560-5443 | (702) 228-4777 |
| (214) 871-2111 Fax | (702) 943-7520 Fax |
| **Counsel for Trans Union LLC** | **Counsel for Plaintiff** |

## ORDER

The Joint Stipulation for Withdrawal of Attorney Rachael Swernofsky is so ORDERED AND ADJUDGED.

Dated this  9th  day of  February  2023.

_____
**UNITED STATES MAGISTRATE JUDGE**

6069209.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th of January 2023, I filed **JOINT STIPULATION FOR WITHDRAWAL OF ATTORNEY RACHAEL SWERNOFSKY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Craig K. Perry
craig@craigperry.com
Craig K. Perry & Associates
3450 W. Cheyenne Avenue, Suite 400
North Las Vegas, NV 89032
(702) 228-4777
(702) 943-7520 Fax
**Counsel for Plaintiff**

                    */s/ Rachael Swernofsky*
                    **RACHAEL SWERNOFSKY**

6069209.1

3