ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
efile@alversontaylor.com
*Attorney for Defendant Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RALPH D. ORTEGA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A. AND TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01552-JAD-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 55 |

　　　Plaintiff Ralph D. Ortega, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

　　　There are no longer any issues in this matter between Ralph D. Ortega and Trans Union LLC to be determined by this Court. Plaintiff Ralph D. Ortega and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Dated this 15th day of May, 2023.

| */s/ Kurt R. Bonds* | */s/ Craig K. Perry* |
|---|---|
| Kurt R. Bonds<br>efile@alversontaylor.com<br>ALVERSON TAYLOR & SANDERS<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas, NV 89149<br>702-384-7000<br>Fax: 702-385-7000<br>***Counsel for Trans Union LLC*** | Craig K. Perry<br>craig@craigperry.com<br>Craig K. Perry & Associates<br>3450 W. Cheyenne Ave, Suite 400<br>North Las Vegas, NV 89032<br>702-228-4777<br>Fax: 702-943-7520<br>***Counsel for Plaintiff*** |

1

6272030.1

**ORDER**

    Based on the stipulation [ECF No. 55] between plaintiff and Defendant Trans Union, LLC, which resolves all remaining claims, and with good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

                                              _____
                                              U.S. District Judge Jennifer A. Dorsey
                                              Dated: May 16, 2023

6272030.1